# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

129381
129382

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
LAUREL YEOMANS and
STEVEN YEOMANS,
        Plaintiffs-Appellees,
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

SC: 129381, 129382
COA: 252216, 252392
Wayne CC: 03-308574-NO

WAYNE COUNTY and WAYNE COUNTY
AIRPORT AUTHORITY,
        Defendants-Appellants.

_____/

       On order of the Court, the application for leave to appeal the July 19, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

s0221